# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**
## TX 8-894-119
**Effective Date of Registration:**
September 10, 2020
**Registration Decision Date:**
September 11, 2020

---

## Title

**Title of Work:**   Pennywise: The Hunt for Blackbeard's Treasure!

## Completion/Publication

**Year of Completion:**   2016
**Date of 1st Publication:**   May 08, 2016
**Nation of 1st Publication:**   United States
**International Standard Number:**   ISBN 978-1521452400

## Author

- **Author:**   Kevin W Wooten
  **Pseudonym:**   K.W. Wooten
  **Author Created:**   text
  **Work made for hire:**   No
  **Citizen of:**   United States
  **Domiciled in:**   United States
  **Pseudonymous:**   Yes

## Copyright Claimant

**Copyright Claimant:**   Kevin W Wooten
4956 Harmony Highway, Hamptonville, NC, 27020, United States

## Rights and Permissions

**Organization Name:**   Vivid IP
**Name:**   Beth B Moore
**Email:**   docketing@vividip.com
**Telephone:**   (404)474-1600
**Address:**   3017 Bolling Way NE

Atlanta, GA 30305 United States

## Certification

**Name:** Beth B. Moore
**Date:** September 10, 2020

**Correspondence:** Yes