# EXHIBIT C

|     | **Page #** | *Pennywise* | *Outer Banks* | **Episode #** |
|-----|------------|-------------|---------------|---------------|
| **SETTING** ||||||
| **1.1** | 4-6 | The story takes place in the **outer bank of North Carolina**. | The story takes place in the **outer banks** of **North Carolina**. | 1-10 |
| **CHARACTERS** ||||||
| **2.1** | 12 | The main protagonists are **two young men** (Nathan and Ben), who are **identical** twins and whose **parents are notably absent** (on a trip to Europe). | The main characters are **two young men** (J.B. and J.J.), who lead nearly **identical** lives and whose **parents are notably absent** (both have absentee mothers and wayward fathers) | 1, 2 |
| **2.2** | 113 | The protagonists' (Nathan and Ben's) **parents** are **kidnapped**. | J.J. suggests the protagonist's (John B's) **father** may have been **kidnapped**. | 2 |
| **2.3** | 10 | The **protagonists** (Nathan and Ben) are **supervised by their uncle** (Otto) **while their parents are away**. | The **protagonist** (John B) is supposed to be **supervised by his uncle** (Teddy) **while his father is away** (presumed dead or missing). | 1 |
| **2.4** | 5, 13 | The main group of protagonists includes **four treasure hunters** (Nathan, Ben, Uncle Otto, and Skipper the dog). | The main group of protagonists includes **four treasure hunters** (John B, J.J., Pope, and Kiara). | 1 |
| **2.5** | 10 | One member of the group (Otto) is **studious, skeptical, and throws away his shot at academia.** | One member of the group (Pope) is **studious, skeptical, and throws away his shot at academia.** | 1-10 |
| **2.6** | 13 | The **fourth group member** (Skipper) is a 4-year old chocolate lab, who exhibits both **masculine** (male dog) and **feminine** ("as protective as a mother") characteristics. | The **fourth group member** (Kiara) is a young lady, who exhibits both **feminine** (female identity) and **masculine** (tomboy) characteristics. | 1-10 |
| **2.7** | 80 | A **rich benefactor** (Darwin) is also **hunting for the treasure**. | A **rich benefactor** (Ward Cameron) is also **hunting for the treasure**. | 8 |

| | | | | |
|---|---|---|---|---|
| **2.8** | 112 | The **rich benefactor**, who is **friends with the protagonists' parents**, **puts the parents' lives in danger** by kidnapping them and holding them for ransom. | The **rich benefactor**, who is **friends with the protagonist's father**, puts **the father's life in danger** by nearly killing him and dumping his body into the ocean. | 8 |
| **POCKET WATCH VS. COMPASS** | | | | |
| **3.1** | 14 | While **SCUBA diving**, the protagonists discover a **round object on a chain** (pocket watch). | While **SCUBA diving**, the protagonists discover a **round object on a chain** (compass). | 1 |
| **3.2** | 15 | The **round object** (pocket watch) contains **clues inscribed inside**: initials (E.T., for Edward Teach) and a Bible verse. | The **round object** (compass) contains a **clue inscribed inside**: a name (Redfield, for Olivia Redfield). | 2 |
| **3.3** | 18 | After coming into possession of the **round object** (pocket watch), the protagonists encounter **two mysterious, dangerous men** (trespassing on their boat) **who want to steal the round object**. | After coming into possession of the **round object** (compass), the protagonists encounter **two mysterious, dangerous men** (chasing them by boat) **who want to steal the round object.** | 1 |
| **3.4** | 26 | The protagonist **surrenders the round object** (pocket watch) **to a corrupt law enforcement official** (Deputy Sheriff Marty Stone)**.** | The protagonist **surrenders the round object** (compass) **to a corrupt law enforcement official** (Sheriff Susan Peterkin). | 2 |
| **3.5** | 29, 42 | The protagonists discover **images of a man** (multiple **portraits** of Governor Charles Eden) **with the round object** (the pocket watch). | The protagonists discover **images of men** (multiple **photographs** of the Rutledge men, John B's relatives) **with the round object** (the compass). | 2 |
| **MAUSOLEUM** | | | | |
| **4.1** | 46 | The **clue** (Bible verse) **on the round object** (pocket watch) **leads** the protagonists to a | The **clue** (Redfield) **on the round object** (compass) leads the protagonists to a | 2 |

| | | | | |
|---|---|---|---|---|
| | | **mausoleum,** where they find **another clue**. | **mausoleum,** where they find **another clue**. | |
| **4.2** | 50 | The protagonists find **another clue** (Bible verse) on the wall **in the mausoleum**, that states, "Keep me as the apple of the eye, hide me under the shadow of thy **wings**." <br><br> That clue leads to the **eagle** carving over the doorway, where, behind the **wing**, a small piece of cloth is discovered, which contains **additional clues**. | The protagonists find **another clue in the mausoleum**, a FedEx envelope, that states, "For **Bird**," which contains **additional clues**. | 3 |
| **4.3** | 57 | The **clue found in the mausoleum** (piece of cloth) contains a clue referencing **coordinates on a map** ("A triangle is formed when you connect each place and a point is found when you drop the weight.") | The **clue found in the mausoleum** (envelope) contains an **actual map with coordinates**. | 3 |
| **4.4** | 52 | While being **chased out of the graveyard**, the **caretaker**'s (Morgan's) **article of clothing** (jacket) **gets caught on the gate**, and he must **leave it behind.** | While being **chased out of the graveyard**, Pope's **article of clothing** (shorts) **gets caught on the gate**, and he must **leave it behind**. The article is found by the graveyard **caretaker**. | 3 |
| | | **CHURCH** | | |
| **5.1** | 28, 45 | The protagonists visit an **old wooden church**, **twice**. | The protagonists visit an **old wooden church**, **twice**. | 7, 9 |
| **5.2** | 28-29 | A clue leads the protagonists to the church in search of "a foundation of stone," which they interpret to mean a "cornerstone," prompting them to search the **"four corners"** of the church. | A clue leads the protagonists to Mrs. Crain's Victorian house. Pope suggests to J.J. that they search the property by splitting up the **four corners**, saying "I'll take the northeast quadrant, you take the northwest." | 6 |

| | | | | |
|---|---|---|---|---|
| **5.3** | 30 | The protagonist (Nathan) discovers a **small, wooden door** leading to the **dark basement** of the property (the church). | The protagonist (John B) discovers a **small, wooden door** leading to the **dark basement** of the property (Mrs. Crain's house). | 6 |
| **5.4** | 118 | A **fire** is set **inside** the property (Darwin's house) to **smoke out** the protagonists' parents (Jonathan and Martha Pennywise), which **distracts the antagonist** (the guard), allowing the protagonists' parents to **escape**. | A **fire** is set **inside** the property (the church) to **smoke out** the protagonists (John B and Sarah), which **distracts the antagonists** (the police and search team), allowing the protagonists to **escape**. | 9 |
| **5.5** | 31 | The protagonists (Nathan and Ben) **run** down a **gravel road** behind the **church** that leads into the **woods** to **escape capture** from the antagonists. | The protagonists (John B and Sarah) **run** down a **gravel road** behind the **church** that leads off into the **woods** to **escape capture** from the police. | 9 |
| colspan=5 | **SHAFT** | | | |
| **6.1** | 17 | One **clue** (Bible verse on the pocket watch) that **leads the protagonists to the shaft** states in part, "…and the **waters** shall overflow the hiding place." | One **clue** (letter from Denmark Tanney to his son Robert) that **leads the protagonists to the shaft** states in part, "Harvest the wheat in parcel 9 near the **water**." | 6 |
| **6.2** | 40 | Another clue (the cloth from the bottle found in the church basement) says in part, "Go **through the stone**, past the gate- **7 right and 7 left and 7 down** to find the chest." | The same clue (letter from Denmark Tanney to his son Robert) states in part, "Harvest the wheat in **parcel 9** near the water" to find the treasure, which is in Mrs. Crain's house, surrounded by **stone** walls. | 6 |
| **6.3** | 99 | When the **shaft containing the treasure** is discovered, the protagonist (Otto) **drops an object** (coin) **into it to test its depth**. | When the **shaft containing the treasure** is discovered, the protagonist (Pope) **drops an object** (rock) **into it to test its depth**. | 6 |

| | | | | |
|---|---|---|---|---|
| **6.4** | 100-101 | The protagonist (Otto) is lowered into the **shaft** using **ropes**. | The protagonist (John B) is lowered into the **shaft** using **ropes** | 6 |
| **6.5** | 74 | A **human skull is found** (by Sheriff and Jack Spotswood) on their way to discovering the **shaft** containing the **treasure**. | A **human skull is found** at the bottom of the **shaft** (by John B) on his way to discovering the **treasure**. | 6 |
| **6.6** | 100-101 | The **treasure** is found in a **recess** of the **shaft**. | The **treasure** is found in a **recess** of the **shaft**. | 6 |
| **6.7** | 104 | The protagonists must **leave without taking the treasure** with them. | The protagonists must **leave without taking the treasure** with them. | 6 |
| **6.8** | 104 | The **protagonists** devise a **plan** to **return** to get the **treasure**. | The **protagonists** devise a **plan** to **return** to get the **treasure**. | 7 |
| **6.9** | 105 | The protagonists **return to retrieve the treasure**, only to discover **it is gone**. | The protagonists **return to retrieve the treasure,** only to discover **it is gone**. | 8 |
| **6.10** | 105 | When the protagonists **return** to collect the **treasure**, only to discover it is **gone**, they find an **object with the thief's name** on it (Deputy Stone's badge). | When the protagonists **return** to collect the **treasure**, only to discover it is **gone**, they find an **object with the thief's name** on it (a wheelbarrow from "Cameron Development," Ward's company). | 8 |
| **TREASURE** |||||
| **7.1** | 104 | The **sheriff** (Spotswood) **is shot** while trying to **thwart the antagonist** (Horngold) from taking the **treasure**. | The **sheriff** (Peterkin) **is shot** while trying to **thwart the antagonist** (Ward Cameron) from taking the **treasure**. | 8 |
| **7.2** | 124, 129 | The **treasure** is **exported** (by Otto) **out of the country** on a **private plane** to Great Britain. | The **treasure** is **exported** (by Ward) **out of the country** on a **private plane** to the Bahamas. | 9 |
| **SALIENT SIMILARITIES** |||||

| 8.1 | 19 | The protagonist (Otto) exclaims, about the two mysterious men chasing the twins, "You're telling me those men were some kind of threat to **national security**...?" | The protagonist (John B) exclaims to Sarah about his need to go to Chapel Hill, "It's a matter of **national security**." | 4 |
|---|---|---|---|---|
| 8.2 | 87 | The protagonist (Ben) says, **in a joking manner** about his aunt, "I was gonna tell her **I sleepwalk**...." | Sarah says to the protagonist (John B), **in a joking manner**, "I have to warn you: **I sleepwalk**." | 6 |
| 8.3 | 27 | **Two protagonists** (Nathan and Ben) **hitch a ride by boat** to a nearby **city** (Bath). | **Two protagonists** (John B and Sarah) **hitch a ride by boat** to a nearby **city** (Chapel Hill). | 4 |
| <td colspan="4">**ADDITIONAL SIMILARITIES**</td> | |
| 9.1 | 4 | While **closed**, thieves enter the **Maritime Museum**, and steal items from the **maritime exhibit** about **the fabled sunken ship** (Queen Anne's Revenge) from which the treasure came. | While **closed**, the protagonists (John B and Kiara) enter the lighthouse, which contains a **maritime exhibit**, seeking clues about the **fabled sunken ship** (the Royal Merchant) from which the treasure came. | 1 |
| 9.2 | 10, 13 | The protagonists are **warned** (by a note in Nathan's locker and a note in Otto's refrigerator) **to stay away from a certain place of interest** (Teach's Hole), a location **relevant to their treasure hunt**. | The protagonist (John B) is **warned** (by Sheriff Peterkin) **to stay away from a certain place of interest** (the marsh), a location **relevant to their treasure hunt**. | 1 |
| 9.3 | 25 | The protagonists (Nathan and Ben) turn to the **internet** to **search for help** with the **clues**. | The protagonists (the Pogues) turn to the **internet** to **search for help** with the **clues**. | 3 |
| 9.4 | 29 | The protagonists (Nathan and Ben) find a **portrait** of a **locally significant historical figure**, Charles Eden, the former Governor of North | The protagonist (John B) finds a **portrait** of a **locally significant historical figure**, Denmark Tanney, the former landowner of Tanneyhill, | 4 |

|  |  | Carolina, which **leads them to another clue.** | which **leads him to another clue**. |  |
|---|---|---|---|---|
| **9.5** | 36 | The **protagonists** (Nathan and Ben) **get chased by dangerous, armed men** in a **large SUV vehicle** through a **residential neighborhood** while on their **bicycles**. | The **protagonist** (John B) **gets chased by dangerous, armed men**, one in a **large truck vehicle**, through a **residential neighborhood**.<br><br>The protagonist (John B) gets **chased** by the police **in an SUV vehicle** through a **residential neighborhood** while **on his bicycle**. | 2, 4 |
| **9.6** | 58 | The protagonist (Otto) is described as **fond of maps**, and a **map leads them to the treasure.** | The protagonist's father (John B's father) is described as **fond of maps**, and a **map leads them to the treasure.** | 5 |
| **9.7** | 89 | The protagonists **steal a speed boat belonging to a relative** (Aunt Jenny) to pursue the treasure. | The protagonists **steal a speed boat belonging to a relative** (J.J.'s father) to pursue the treasure. | 10 |
| **9.8** | 63 | A **storm** causes Sheriff Alex Spotswood's **speed boat** to **capsize**, causing the **two characters** on board (the sheriff and his son Jack) to be **thrown into the turbulent waters and swim to safety**. | A **storm** causes John B's **speed boat** to **capsize**, causing the **two characters** on board (John B and Sarah) to be **thrown into the turbulent waters and swim to safety**. | 10 |